P. #1)

Robert Shapiro 43063-053
MDC Brooklyn
Brooklyn, N.Y. 11201
September 13, 2010

To:
Federal Judge David Trager
Brooklyn, New York 11201

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ SEP 14 201_
BROOKLYN OFFICE

<u>Pro Se Motion For Consideration</u>
93 CR 1287 (DGT)

Dear Sir,

Been in custody almost 3 months. I was always respectful of my court dates. Never late. Never missed. Never failed to be on time. Never!!! Never!!! Never!!! Never!!!

The Long Island College Hospital says that I have "dementia". The SEL Medical Group on Fulton Street, says I have <u>1st</u> stage Alzheimers. Two different

doctors. One a neurologist.

Me? I am not sure of anything. But my memory (short term) has been wrong for several years. Walking in the Bronx for hours <u>before</u> I realize that I am not in Brooklyn. Walking on Broadway in the city for 30 or 40 or 50 blocks <u>before</u> I realize I am walking <u>uptown</u> when I wanted to go <u>downtown</u>. Leaving a store without getting a receipt. Losing my keys or glasses --- <u>finding</u> them in my pocket. etc., etc., etc.

Showing up in down town Brooklyn @ <u>9pm</u> for a <u>9am</u> appointment.

Riding the A Train to Manhattan, instead of <u>into</u> Brooklyn — Do this many many many many times. Something relatively <u>new</u>.: Can not comprehend anything I read <u>easily</u>. Have to read a page in a book, at least 3 or 4 times, before I can understand what is being said. This never

p.#4 happened to me before

I am aware that you are angry with me over the birthday card delivery in Manhattan back in May or June. Sir, <u>I</u> <u>May</u> <u>have</u> <u>been</u> <u>confused</u> of what was exactly <u>expected</u> <u>of me.</u> Would you let me be released so I can volunteer in-patient treatment at LICh on Hicks Street?

Thank You

Robert Shapiro

9/13/2010