**DOCKET NUMBER:** 93-cr-1287 _____      **CRIMINAL CAUSE FOR** V.O.S.R.
**Date Received By Docket Clerk:** _____   **Docket Clerk Initials:** _____

**BEFORE JUDGE:** _Trager_____     **DATE:** _10/5/2010_ **TIME IN COURT** _00_ HRS _45_ MINS
**DEFENDANT'S NAME:** Robert Shapiro   **DEFENDANTS #** ____
X      Present      ❑      Not Present      X      Custody      ❑      Not Custody

**DEFENSE COUNSEL:** _Harry Batchelder_____
❑      Federal Defender      X      CJA      ❑      Retained

**A.U.S.A.:** _Amir Toossi___      **Case Manager:** Ezra Spilke

**ESR** Christine Rocco ·      **INT/LANG:** n/a ___    **USPO:** Gregory Carter ___

❑      Revocation of Probation non contested      ❑  Revocation of Probation/Bail contested
❑      Sentencing non-evidentiary      ❑  Sentencing Contested
X      Revocation of Supervised Release/Bail evidentiary   ❑   Revocation of Supervised Release non-evidentiary

_X_      FINAL REVOCATION HRG HELD.      _X_      HRG CONT'D TO 10/20/2010 at 10:30.
_      DEFT ADVISED OF RIGHTS AND ENTERS A PLEA OF :
_      GUILTY    _    NOT GUILTY      TO CHARGES OF VIOLATION # _____

_      COURT FINDS DEFT _ GUILTY      _    NOT GUILTY.
_      DEFT CONT'D ON PROB./S.R. UNTIL _____.
_      DEFT REINSTATED TO PROB./S.R. ____    PROB./S.R. REVOKED.
_      JUDGMENT REVOKING TERMS & CONDITIONS OF PROB./S.R.

_      SENTENCING SET FOR _____.    _    SENTENCING HELD.
_      EXECUTION OF SENTENCE STAYED TO _____.
_      DEFT REMANDED TO CUSTODY OF U.S. MARSHAL.

**UTILITIES**
❑      ~Util-Plea Entered      ❑      ~Util-Add terminate Attorneys      ❑      ~Util-Bond Set/Reset
❑      ~Util-Exparte Matter      ❑      ~Util-Indictment Un Sealed      ❑      ~Util-Information Unsealed
❑      ~Util-Set/Reset Deadlines      ❑      ~Util-Set/Reset Deadlines/Hearings
❑      ~Util-Set/Rest Motion and R&R Deadlines/Hearings      ❑      ~Util-Terminate Motions
❑      ~Util-Terminate Parties      ❑      ~Util-Set/Reset Hearings

**Do these minutes contain ruling(s) on motion(s)?** ❑      YES      X      NO
**TEXT**
_ _Hearing adjourned to allow defendant time to subpoena medical records.

_____

_____

_____