# HARRY C. BATCHELDER, JR.

40 WALL STREET
TWENTY-EIGHTH FLOOR
NEW YORK, N.Y. 10005

———

212-502-0660

NEW HAMPSHIRE OFFICE:                                              CABLE ADDRESS
CENTER SANDWICH, N.H. 03227                                  PRAETORIAN NEW YORK
603-284-7725                                                     FAX (212) 502-6669

<u>Via ECF</u>                                      March 17, 2011

Chambers of The Honorable
Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Shapiro
              CR 1:93-cr-01287-ARR
              Our File No.: 10-4

Dear Judge Ross:

      In reviewing this matter, I note that in excess of sixty days has passed since Senior Judge David G. Trager's untimely passing.  I write to request that the Court set a date for sentencing as Mr. Shapiro's incarceration is now approaching nine months and the Government's contention that Mr. Shapiro would be sentenced to felony time in State Court has not proved to be the case.

      Additionally, it is clear that as early as October 29, 2010, Judge Trager was seriously considering a non-incarceration of sentence.  We are now approaching five months since that pronouncement.

      Mr. Shapiro has been most patient.  It is now time to move forward.

      Very truly yours,

      /s/:  Harry C. Batchelder, Jr.

      _____

      Harry C. Batchelder, Jr.

HCB/ca

cc:    Assistant United States Attorney
      Amir Toossi (ECF)

      Senior Probation Officer Gregory Carter
      Office of United States Probation (USPS)

      Robert Shapiro (USPS)