Original

Monday 3/21/2011

To: Federal Judge Ross
From: Robert Shapiro   43063-053
re: Sentencing for violation of supervised release   93CR1287

Dear Judge Ross,

I have been waiting for 9 months to be sentenced for a violation of supervised release.

Judge Trager died 2½ months ago. So my case has been delayed.

Should have been sentenced months + months ago.

Would you please set a sentencing date for me? one soon?

Thank you for your considerations.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y
★ MAR 2 2 2011 ★

BROOKLYN OFFICE

Sincerely yours,

Robert Shapiro

Robert Shapiro   43063-053